# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Apr 08, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
v. )
Miguel Obed ROMERO Reyes )
)
)
)
)

*Defendant(s)*

Case No.  1:24-mj-00041-EPG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 19, 2024 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC Section 841 | Possession with Intent to Distribute Over 400 grams of Fentanyl |
| 21 USC Setion 846 | Conspiracy to Possess with Intent to Distribute Over 400 grams of Fentanyl 10 yr-life in prison, $10Mfine, 5r-life supervised realease, $100 special fee |

This criminal complaint is based on these facts:

See affidavit of HSI SA Jackie Lovato, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Jackie Lovato, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email transmission and telephone.

Date: **Apr 5, 2024**

*Judge's signature*

City and state:  Fresno, California    Hon Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MIGUEL OBED ROMERO REYES<br><br>　　　　Defendants. | CASE NO.<br><br><br>AFFIDAVIT OF HSI SA JACKIE LOVATO |

I, Jackie Lovato, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. This affidavit is in support of a complaint and arrest warrant for Miguel Obed Romero Reyes charging him with a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), possession with intent to distribute 400 grams or more of fentanyl, and section 846, conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable cause for the arrest of Romero.

## II. AFFIANT'S BACKGROUND

2. I am a Special Agent with the United States Department of Homeland Security ("DHS")/ Immigration and Customs Enforcement/ Homeland Security Investigations ("HSI"), presently assigned to the Office of the Resident Agent in Charge, Fresno, California ("HSI Fresno"). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have been employed as an HSI Special Agent ("SA") since December of 2018. I have received training in the area of federal narcotic offenses and am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator and Immigration and Customs Enforcement Special Agent Training Programs. Prior to my appointment as a SA with HSI, I was previously a SA with the Treasury Inspector General for Tax

Administration, a Border Patrol Agent, and Deportation Officer.

3. I have participated in investigations including, gangs, drugs, firearms, violent crimes, and others. My law enforcement experience includes conducting physical surveillance, interviewing witnesses, victims and suspects, writing affidavits for and executing search warrants, handling confidential informants, analyzing phone records obtained from subpoenas, search warrants, pen registers, trap and trace devices, and collecting and processing evidence. Through my training and experience as a law enforcement officer, I have become familiar with the gang sub-culture and drug sub-culture including knowledge of controlled substance and firearms violations.

4. This affidavit is made in support of a criminal complaint for Miguel Obed ROMERO Reyes (ROMERO) for violating the following Title 21, United States Code, Section 841/846, Possession/Conspiracy with Intent to Distribute a Controlled Substance.

5. The facts in the affidavit come from personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been included herein.

### III.   APPLICABLE LAW

6. Title 21, United States Code, Section 841(a)(1) prohibits any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance. 21 U.S.C. § 841(a)(1). Section 846 prohibits attempting to conspire or conspire to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. § 846.

### IV.   SUMMARY OF PROBABLE CAUSE

7. On March 19, 2024, Fresno County Sheriff's Office deputies/detectives stopped Romero for traffic violations while he was driving north on Interstate 5 in Fresno County, California.. Romero gave verbal consent to sheriff's deputies to search his car. During the search, deputies seized approximately 48 pounds (21.7 kilograms) of blue M/30 fentanyl pills—totaling over 200,000 pills—in twenty separate one-gallon zip lock bags.

## V.     PROBABLE CAUSE

**A.     Traffic Stop by FSO Detectives on March 19,2024 of a Vehicle Containing Approximately 48 pounds (200,000) of "M/30" Fentanyl Pills**

8.     According to reports from the Fresno County Sheriff's Office (herein referred to as "FSO"), on March 19, 2024, while on patrol within the County of Fresno, CA, FSO Deputies/Detectives Jose Colegio and Monty Vito initiated a traffic stop on a car[1] driven by Miguel Obed ROMERO Reyes (ROMERO), for violating California Vehicle Code VC 21703(a), following to close to a vehicle,[2] and VC 26708(a)(1), a person shall not drive any motor vehicle with any object or material placed, displayed, installed, affixed, or applied upon the windshield or side or rear windows (tinted windows).[3]

9.     FSO Det. Colegio approached the vehicle and spoke with the driver and solo occupant, later identified as ROMERO in the Spanish language. Det. Colegio is fluent in Spanish. During questioning, ROMERO provided a Mexican identification card in lieu of a valid driver's license. ROMERO was nervous and shaking and stated he did not know who the vehicle belonged too after initially stating the vehicle belonged to a third party. The car was not registered to the third party ROMERO named. ROMERO was asked if all items in the vehicle belonged to ROMERO and ROMERO affirmed. Det. Colegio asked ROMERO if Det. Colegio could search the vehicle and ROMERO consented.

10.     During the search, Det. Colegio observed ROMERO's body language change while Det. Colegio searched the trunk. Det. Colegio observed ROMERO put his hands on top of his head and was breathing heavily. Det. Colegio located a pink bag that was on top of a blue duffel bag. At the bottom of the pink bag, Det. Colegio observed a trinket of St. Jude, which in Det. Colegio's training and experience, is the patron saint of desperate or lost causes used for spiritual protection against law enforcement.

11.      Det. Colegio secured the blue duffel bag from under the pink bag and immediately noticed the blue bag was heavy. As Det. Colegio grabbed the blue bag, Det. Colegio felt what appeared to be plastic inside the blue bag. Det. Colegio unzipped the blue bag and observed multiple small blue "M/30"

---

[1] The car was a 2012 silver Kia Optima (KIA) registered to an unknown third party, J.O., at a Pasadena, CA address with registration set to expire on April 8, 2024.

[2] FSO Colegio observed the KIA following too closely to a black sedan on Interstate 5.

[3] FSO Colegio observed tint on the driver's side windows of the car and because of the amount of tint could not identify the characteristics of the driver through the windows.

AFFIDAVIT                                                      3

pills, and in Det. Colegio's training and experience, counterfeit M/30 pills contain fentanyl. See Figure 1.

**Figure 1: Blue Duffle Bag with M/30 Fentanyl Pills**




12. Det. Colegio looked back and observed ROMERO put his hands on his head and face the vehicle and stated "me agarraste", which means "you got me" in the Spanish language. The blue duffel bag contained approximately 48 pounds (21.7 kilograms) of M/30 fentanyl pills in twenty one-gallon zip lock bags. See Figure 2.

**Figure 2: 48 Pounds (21.7 Kilograms) of M/30 Fentanyl Pills**



13. Det. Colegio then handcuffed ROMERO and ROMERO was advised of his Miranda warning by FSO Det. J. Guzman.[4] ROMERO provided a subsequent post Miranda statement and stated he [ROMERO] departed Oregon three days prior in a separate vehicle that contained $280,000 to purchase

---

[4] FSO J. Guzman subsequently arrived at the traffic stop location.

AFFIDAVIT 4

the M/30 pills and provided the money to a third party in Los Angeles, California. The third party secured the vehicle ROMERO drove from Oregon to Los Angeles along with the $280,000. ROMERO was then provided the Kia Optima and told to drive to Arizona. While in Arizona, ROMERO was provided with the blue duffel bag and was told it contained 200,000 M/30 fentanyl pills and was told to drive to the State of Washington and await further instructions.

14. Because ROMERO was the sole occupant of the Kia Optima and the registered owner was unknown to ROMERO, Det. Colegio towed the car. The total gross weight of the multiple baggies of blue M/30 pills was approximately forty-eight (48) pounds, or 21.7 kilograms. On March 21, 2024, the Fresno County Forensic laboratory provided a controlled substance analysis report of two samples of the seized blue M/30 pills, and both samples returned positive for the characteristics of fentanyl.

## VI. CONCLUSION

15. On the basis of the aforementioned facts and circumstances described in this Affidavit, it is my belief that there is probable cause to believe that ROMERO violated Title 21, United States Code Sections 841 and 846, Possession/Conspiracy with Intent to Distribute a Controlled Substance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

_____
Jackie Lovato, Special Agent
Homeland Security Investigations, HSI

This Affidavit was submitted to me by email/pdf and attested to me as true and accurate by telephone, consistent with Fed. R. Crim. P. 4.1, and 41(d)(3) on __Apr 5, 2024__.

_____
Hon. Erica P. Grosjean
United States Magistrate Judge

Reviewed as to form:

/s/ Cody Chapple
CODY S. CHAPPLE
Assistant U.S. Attorney

AFFIDAVIT 5